**LAW OFFICES OF DAVID W. BASHAM**
**271 North Stone Avenue**
**Tucson, Arizona 85701**
**PHN   : (520) 624-6575**
**FAX    : (520) 882-5785**

David W. Basham, Esq.
State Bar No. 003159
P.C.C. No. 64803
DwBshm@aol.com

Attorney for: LISA DIAMOND HARRIS

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | No. CR17-1512-RM-BPV |
| Plaintiff, ) | |
| ) | |
| v.         ) | **MOTION TO CONTINUE PLEA** |
| ) | **DEADLINE AND TRIAL DATES** |
| **LISA DIAMOND HARRIS,** ) | |
| ) | |
| Defendant      ) | (No Objection) |
| ) | |

PLEASE TAKE NOTICE that a Change of Plea Hearing as to Defendant, LISA DIAMOND HARRIS, has been scheduled for June 20, 2018, at 9:10 a.m., before Magistrate Judge, Bernardo P. Velasco, at the United States District Court, 405 W. Congress Street, Tucson, Arizona

RESPECTFULLY SUBMITTED this 7th day of June, 2018

**LAW OFFICES OF DAVID W. BASHAM**

By: s/David W. Basham
Attorney for Defendant

Copy electronically mailed this
7th day of June, 2018, to:

U.S. District Court Judge
Rosemary Marquez

U.S. District Court Magistrate Judge
Bernardo P. Velasco

Assistant U.S. Attorney
Susanna Martinez